IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**BILLY CARL ELLIOTT**                                                                 **PLAINTIFF**

v.                    **CASE NO. 5:10CV00156 BSM**

**HOOVER TREATED WOOD PRODUCTS, INC.**              **DEFENDANT**

## ORDER OF DISMISSAL

The parties' joint stipulation of dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(ii) [Doc. No. 31] is granted.

The undersigned retains complete jurisdiction for thirty days to vacate this order and to reopen the case if it is satisfactorily shown that settlement has not been completed and further litigation is necessary. If the parties desire that the settlement agreement be made a part of the record herein, they are directed to reduce it to writing and file it within thirty days of the date of this order.

IT IS SO ORDERED this 29th day of September 2011.

_____
UNITED STATES DISTRICT JUDGE